# UNITED STATES BANKRUPTCY COURT
District of New Hampshire
55 Pleasant Street
Room 200
Concord, NH 03301-3941

In re:  Bk. No. 18-11730-BAH
        Chapter 7
Futuro, Inc.
    Debtor(s)

Olga L. Gordon, Trustee
    Plaintiff

v.  Adv. No. 19-01019-BAH

Morency Custom Construction, LLC
    Defendant

## CERTIFICATE OF SERVICE

I, __Olga L. Gordon__ (name), certify that service of this summons and a copy of the complaint was made __April 5, 2019__ (date) by:

and certified mail return receipt requested

☒ Mail Service: Regular, first class United States mail, postage fully pre-paid addressed to:

  Manager, Morency Custom Construction, LLC, 56 McIntosh Lane, Bedford, New Hampshire 03110

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at: [see attached list]

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____ as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare the foregoing is true and correct.

Date: __4/5/19__  _____
                                Signature

Print Name: Olga L. Gordon, Ch 7 Trustee

Business Address: Murtha Cullina LLP, 99 High Street

Boston, MA 02110