United States Bankruptcy Court
District of New Hampshire

Gordon,
        Plaintiff                                                         Adv. Proc. No. 19-01019-BAH

Morency Custom Construction, LLC,
        Defendant

# CERTIFICATE OF NOTICE

District/off: 0102-1           User: dcs                    Page 1 of 1                  Date Rcvd: Apr 04, 2019
                               Form ID: 329                 Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2019.
pla            +Olga L. Gordon,   Murtha Cullina LLP,   99 High Street,   Boston, MA 02110-2327

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2019 at the address(es) listed below:
              Office of the U.S. Trustee    USTPRegion01.MR.ECF@usdoj.gov
              Olga L. Gordon    on behalf of Plaintiff Olga L. Gordon ogordon@murthalaw.com,
               jbabula@murthalaw.com
                                                                                             TOTAL: 2

# UNITED STATES BANKRUPTCY COURT
District of New Hampshire
55 Pleasant Street
Room 200
Concord, NH 03301−3941

---

| | |
|---|---|
| In re: | Bk. No. 18−11730−BAH |
| | Chapter 7 |
| Futuro, Inc. | |
|     Debtor(s) | |
| | |
| Olga L. Gordon, Trustee | |
|     Plaintiff | |
| | |
| v. | Adv. No. 19−01019−BAH |
| | |
| Morency Custom Construction, LLC | |
|     Defendant | |

---

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

    Address of the clerk:              Clerk, U.S. Bankruptcy Court
                                              55 Pleasant Street, Room 200
                                              Concord, NH 03301

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

    Name and address of plaintiff's attorney:    Olga Gordon
                                                        Murtha Cullina LLP
                                                        99 High Street
                                                       Boston, MA 02110

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place:

    U.S. Bankruptcy Court                    Courtroom: A
    55 Pleasant Street                         Date & Time: **June 5, 2019, at 1:30 p.m.**
    Concord, NH 03301

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued: April 4, 2019**

Bonnie L. McAlary
Clerk of Court
By: /s/ Dori Sommer
Deputy Clerk

Form CMpsum−329

# UNITED STATES BANKRUPTCY COURT
District of New Hampshire
55 Pleasant Street
Room 200
Concord, NH 03301−3941

---

In re:  Bk. No. 18−11730−BAH
  Chapter 7
Futuro, Inc.
    Debtor(s)

Olga L. Gordon, Trustee
    Plaintiff

v.  Adv. No. 19−01019−BAH

Morency Custom Construction, LLC
    Defendant

---

## CERTIFICATE OF SERVICE

    I, _____(name), certify that service of this summons and a copy of the complaint was made _____(date) by:

- ☐ Mail Service: Regular, first class United States mail, postage fully pre−paid addressed to: [see attached list]

- ☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

- ☐ Residence Service: By leaving the process with the following adult at:

- ☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at: [see attached list]

- ☐ Publication: The defendant was served as follows: [Describe briefly]

- ☐ State Law: The defendant was served pursuant to the laws of the State of _____ as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare the foregoing is true and correct.

Date: _____  _____
                                                                                             Signature

Print Name: _____

Business Address: _____

_____

_____